## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01103-LTB-BNB

RITA PORTERFIELD,

        Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

        Defendant.

---

## NOTICE OF SETTLEMENT

---

COMES NOW the Plaintiff and the Defendant, by and through their counsel of record and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the release has been executed by the parties and delivered to all counsel. The parties expect this to happen by October 23, 2008.

Dated: October 13, 2008.

Respectfully Submitted,

| | |
|---|---|
| _s/ David M. Larson_____ | _s/ Sara A. Green_____ |
| David M. Larson, Esq. | Sara A. Green, Esq. |
| 405 S. Cascade Avenue Suite 305 | Adam L. Plotkin, PC |
| Colorado Springs, CO 80903 | 621 17th Street Suite 2400 |
| (719) 473-0006 | Denver, CO 80293 |
| Attorney for the Plaintiff | (303) 296-3566 |
| | Attorneys for the Defendant |